OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS OF MCINTOSH COUNTY MAY, BY WRITTEN RESOLUTION, DIRECT THAT THE PROCEEDS OF THE SALE OF PROPERTY PURCHASED FROM THE UNRESTRICTED HIGHWAY FUND BE REDEPOSITED TO SAID FUND; AND SHOULD THE COUNTY COMMISSIONERS FAIL TO PASS SUCH A RESOLUTION THE PROCEEDS OF THE SALE WOULD BE DEPOSITED TO THE GENERAL FUND BY THE COUNTY TREASURER. CITE: 62 O.S. 1961 335 [62-335] (W. J. MONROE)